UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE VERNON CHATMAN, ) | Case No. EDCV 05-1104 CJC(JC) |
| Petitioner, ) | ~~(PROPOSED)~~ |
| v. ) | JUDGMENT |
| G.J. GIURBINO, Warden, ) | |
| Respondent. ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: January 28, 2009

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE